KENNETH E. KELLER (SBN: 71450) KKeller@kksrr.com
MICHAEL D. LISI (SBN 196974) MLisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
CROWN EQUIPMENT CORP.


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FRANK SCHAFFNER, | Case No.: C09-00284 VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR** |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS | |
| Defendant. | |

Pursuant to Civil L.R. 6-2, Plaintiff Frank Schaffner and Defendant Crown Equipment

Corporation ("Crown") hereby stipulate as follows:

WHEREAS on May 26, 2009, the parties filed a Stipulation and Proposed Order

Selecting ADR Process [Docket No. 15] indicating that the parties intended to participate in

Private ADR;

WHEREAS on May 29, 2009, the Court executed the Stipulation and Proposed Order,

setting the deadline for the completion of mediation for 120 days from the date of that order

[Docket No. 18], i.e., on September 28, 2009;

WHEREAS the parties believe that any settlement efforts will be more productive if

1

certain discovery is completed prior to completing private ADR, and that such discovery will be completed within the next few months;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties as follows:

That the deadline for completion of private ADR shall be extended until February 12, 2010.

Dated: September 30, 2009                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Michael D. Lisi
Attorneys for Defendant CROWN EQUIPMENT CORP.

Dated: September 30, 2009                    WELTIN LAW OFFICE, P.C.

By: _____/s/_____
Philip R. Weltin
Attorneys for Plaintiff FRANK SCHAFFNER

I hereby attest that I have been authorized by counsel for Plaintiff Frank Schaffner to execute on his behalf this Stipulation and [Proposed] Order To Extend Deadline For Completion Of ADR.

Executed on this 30th day of September, 2009, at San Francisco, California.

_____/s/_____
Michael D. Lisi

PURSUANT TO STIPULATION IT

IT IS SO ORDERED
Judge Vaughn R Walker

DATED: 10/1/2009                    _____
JUDGE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

_____
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
FOR COMPLETION OF ADR
Case No.: C09-00284 VRW