IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCHAFFNER,

    Plaintiff,

    v

CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS.

    Defendant.

_____/

COSTCO WHOLESALE CORP,

    Lien Claimant.

No C 09-0284 VRW

ORDER TO SHOW CAUSE

On November 12, 2009, lien claimant Costco Wholesale Corporation ("Costco") filed an application for lien under California Labor Code section 3856. Doc #26. In response to Costco's application for lien, the plaintiff is ORDERED TO SHOW CAUSE on or before February 15, 2010, in a writing no longer than five pages why the court, in the event of judgment for the plaintiff

and after ordering payment pursuant to section 3856(b), should not allow as a first lien against the amount of such judgment for damages the amount of COSTCO's expenditures for compensation together with any amounts to which it may be entitled as special damages under section 3852. Failure to file timely a response to this order shall establish Costco as first lien claimant, pursuant to section 3856, in the amount of $110,024.00, plus any further worker's compensation benefits paid to or on behalf of plaintiff against the balance of any judgment, settlement or award in favor of plaintiff.

IT IS SO ORDERED

VAUGHN R WALKER
United States District Chief Judge