IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCHAFFNER,

    Plaintiff,

    v

CROWN EQUIPMENT CORPORATION dba
CROWN LIFT TRUCKS.

    Defendant.

COSTCO WHOLESALE CORP,

    Lien Claimant.

No C 09-0284 VRW

ORDER

On November 12, 2009, lien claimant Costco Wholesale Corporation ("Costco") filed an application for lien under California Labor Code section 3856. Doc #26. In response to Costco's application, the court ordered plaintiff to show cause why the court, in the event of judgment for the plaintiff and after ordering payment pursuant to section 3856(b), should not allow as a

first lien against the amount of such judgment for damages the amount of Costco's expenditures for compensation together with any amounts to which it may be entitled as special damages under section 3852. Doc #27.

The court is in receipt of plaintiff's response. Doc #28. Costco may file, if it desires, a five-page reply to plaintiff's response, Doc #28, on or before April 1, 2010. After the passing of said deadline the court will issue a written ruling on the matter.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge