1  Philip R. Weltin, Esq. SBN 46141
2  Daniel R. Weltin, Esq. SBN 226600
   WELTIN · STREB & WELTIN LLP
3  1432 Martin Luther King Jr. Way
   Oakland, California  94612
4  Telephone (510) 251-6060
   Facsimile   (510) 251-6040
5
   Attorneys for Plaintiff
6  Frank Schaffner

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10

11  Frank Schaffner,                    Case No. CV-09-00284 VRW

12           Plaintiff,
                                        **STIPULATION AND [PROPOSED]**
13       v.                             **ORDER EXTENDING DISCOVERY AND**
                                        **PRETRIAL DEADLINES**
14
    Crown Equipment Corporation dba Crown
15  Lift Trucks,

16           Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

In light of trials in other matters and ongoing discovery disputes on which the parties have been meeting and conferring, the parties hereby stipulate and respectfully request that the Court enter an order that the schedule of discovery and pretrial deadlines in this case be modified as follows:

Fact Discovery Cutoff:  August 10, 2010

Designation of Experts/Reports:  October 15, 2010

Rebuttal Experts/Reports:  December 10, 2010

Expert Discovery Cutoff:  January 28, 2011

Dispositive Motions Hearing:  March 17, 2011

Pretrial Conference:  April 21, 2011

Dated:  March 23, 2010

/s/
Daniel R. Weltin, Esq.
Kevin P. McLaughlin, Esq.
WELTIN · STREB & WELTIN LLP
For Plaintiff Frank Schaffner

Dated:  March 23, 2010

/s/
Kenneth E. Keller, Esq.
Michael D. Lisi, Esq.
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
For Defendant Crown Equipment Corp.

Based upon the stipulation of the parties, the Court hereby sets the following discovery deadlines:

Fact Discovery Cutoff:  August 10, 2010

Designation of Experts/Reports:  October 15, 2010

Rebuttal Experts/Reports:  December 10, 2010

Expert Discovery Cutoff:  January 28, 2011

Dispositive Motions Hearing:  March 17, 2011   at 10:00 AM.

Pretrial Conference:  April 21, 2011   at 3:30 PM.

IT IS SO ORDERED.

Dated: March 30, 2010

Hon. Vaughn R. Walker

..



3

Stipulation and [Proposed] Order Extending Discovery and Pretrial Deadlines